An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS OTERO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65492

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to "compel court to correct court errors and omissions with their 'presumption' (NRS) Nevada Revised Statutes used against this accused/defendant were valid laws" and a motion to appoint counsel. Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19359

cc:      Hon. Abbi Silver, District Judge
           Carlos Otero
           Attorney General/Carson City
           Clark County District Attorney
           Eighth District Court Clerk